**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ __2nd__ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR Mario Alberto Paniagua    JOINT-DEBTOR:_____ CASE NO.: 15-30435-AJC
Last Four Digits of SS#  __4520__   Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

  A.  $__157.88__ for months __1__ to __60__;
  B.  $_____ for months _____ to _____;
  C.  $_____ for months _____ to _____; in order to pay the following creditors:

Administrative:    Attorney's Fee - $ 3,500.00 +150.00 Costs=3,650.00   TOTAL PAID $ __1,000.00__
         Balance Due- $ 2,650.00  payable $ 132.50 /month (Months __1__ to __20__)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. '1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:
1. _____        Arrearage on Petition Date  $_____
Address:_____          Arrears Payment     $_____/month (Months ___ to ___)
        _____          Regular Payment     $_____/month (Months ___ to ___)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. '507]

1. Internal Revenue Service      Total Due  $ 1,430.51
                 Payable     $    9.59 /month (Months  1  to  20 )
                 Payable     $   30.97 /month (Months 21  to  60 )

2. Miami Dade Expressway Authority  Total Due  $  330.52
                 Payable     $    8.27 /month (Months 21  to  60 )

Unsecured Creditors:    Pay $ 102.85 month (Months 21 to 60 )

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is on or before May 15 of each year the case is pending and that the debtor(s) shall provide the trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income. American Airlines FCU acct#0007 for 2015 Toyota 4Runner, American Airlines FCU acct#0006 for 2011 Scion TC, American Airlines FCU acct#6333 (cross-collateral account), American Airlines FCU acct#4483 (cross-collateral account) are being paid outside the chapter 13 plan.

_____/s_____
Debtor
Date:_____1/4/2016_____

LF-31 (rev. 01/08/10)