
STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:  Case No.: 15-30435-BKC-AJC
Chapter 13

Mario Alberto Paniagua,

    Debtor(s).

_____/

## TRUSTEE'S MOTION TO REDIRECT PAYMENT AND CERTIFICATE OF SERVICE OF NOTICE OF HEARING

Nancy K. Neidich, Standing Chapter 13 Trustee, files the instant *Motion to Redirect Payment* and states as follows:

1. The Confirmed Plan pays Miami Dade Expressway ("Creditor") (POC #2) as a secured creditor.

2. The Creditor has returned funds to the Trustee. *See* attached documentation.

3. The Trustee requests that the Creditor's remaining payments be redirected, pro-rata, to general unsecured creditors, or, if none, to the Debtor(s).

**WHEREFORE**, the Trustee requests the Court enter an order allowing the Creditor's remaining payments be redirect to general unsecured creditors, or, if none, to the Debtor(s) and for any further relief the Court deems necessary.

                                        Respectfully submitted:
                                        NANCY K. NEIDICH,
                                        Standing Chapter 13 Trustee

By: _____
       JOSE I. MICELI, ESQ.
       FLORIDA BAR NO: 0077539
       P.O. BOX 279806
       MIRAMAR, FL 33027
       (954) 443-4402

Dated: AUGUST 14, 2018

## CERTIFICATION OF SERVICE

I certify that a true and correct copy of the foregoing was served on __AUGUST 14, 2018__ via:

**By regular U.S. mail:**

Miami Dade Expressway Authority
P O Box 22826
Hialeah, FL 33002

Marcus Saiz, Tax Collector
Miami Dade County Tax Collector
140 West Flagler Street, Suite 1403
Miami, FL 33130

Maresa Cain, Chief
Miami Dade County Tax Collector
Miami-Dade County Bankruptcy Unit
140 West Flagler Street, Suite 1403
Miami, FL 33130

Carlos A. Gimenez, Mayor
Stephen P Clark Center
111 NW 1st Street
Miami, FL 33128

_/s/ Jose Miceli_
JOSE I. MICELI, ESQ.



Date: July 6, 2018

Office of the Chp 13
Nancy K Neidich Trustee
PO BOX 278783
Miramar FL 33027

Account Number: 970225 Melvin U Diaz

1151322 / 10722 Mario Alberto Paniagua

3936750 June E Foyo-Lorenzo

Dear Sir or Madam:

The enclosed payments are being returned due to NO current account balance. The above accounts no longer have a balance due to Miami Dade Expressway Authority.

Sincerely,

The MDX Customer Service Center

RECEIVED CHAPTER 13 TRUSTEE 2018 JUL 13 AM 11:23